# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BOBBIE JO FENSKE,

    Plaintiff,

v.                                              Case No: 8:22-cv-1727-CEH-CPT

LOWE'S HOME CENTERS, LLC,

    Defendant.
_____/

## **O R D E R**

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 9). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 10, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record